Redacted

A

3354

STATE OF ILLINOIS

# MARRIAGE APPLICATION AND RECORD

STATE FILE NUMBER

TYPE / PRINT IN PERMANENT BLACK INK

COUNTY: Tazewell

LICENSE NUMBER: 2002-4364

**GROOM**

1. GROOM — NAME: FIRST: Brandon; MIDDLE: Omar; LAST: Yarborough

2a. RESIDENCE — STREET AND NUMBER OR R.F.D.: 2600 S. Second St.

2b. CITY, TOWN, TWP., OR ROAD DIST. NO.: Pekin

2c. COUNTY: Tazewell

2d. STATE: IL

3a. DATE OF BIRTH (MONTH, DAY, YEAR): November 10, 1975

3b. AGE: 26

3c. BIRTHPLACE (STATE OR FOREIGN COUNTRY): IL

4. SOCIAL SECURITY NUMBER: [redacted]-7013

5. USUAL OCCUPATION: Kitchen Services

6a. FATHER'S NAME (FIRST, MIDDLE, LAST): George P. Yarborough

6b. ADDRESS: St. Paul, MN

6c. BIRTHPLACE (STATE OR FOREIGN COUNTRY): IL

7a. MOTHER'S MAIDEN NAME (FIRST, MIDDLE, LAST): Dorothy L.Riley

7b. ADDRESS: 7262 E. Illinois St., St. Ann, IL

7c. BIRTHPLACE (STATE OR FOREIGN COUNTRY): IL

**BRIDE**

8a. BRIDE — NAME: FIRST: Kelly; MIDDLE: Jeanne; LAST: Sadowski

8b. MAIDEN NAME (IF DIFFERENT): Sadowski

9a. RESIDENCE — STREET AND NUMBER OR R.F.D.: 1854 Beebe Rd., #230

9b. CITY, TOWN, TWP., OR ROAD DIST. NO.: Maplewood, MN

9c. COUNTY: Ramsey

9d. STATE: MN

10a. DATE OF BIRTH (MONTH, DAY, YEAR): September 21, 1980

10b. AGE: 21

10c. BIRTHPLACE (STATE OR FOREIGN COUNTRY): MN

11. SOCIAL SECURITY NUMBER: [redacted]-8712

12. USUAL OCCUPATION: Unemployed

13a. FATHER'S NAME (FIRST, MIDDLE, LAST): Donald L. Sadowski

13b. ADDRESS: Blaine, MN

13c. BIRTHPLACE (STATE OR FOREIGN COUNTRY): MN

14a. MOTHER'S MAIDEN NAME (FIRST, MIDDLE, LAST): Colleen K. Vestal

14b. ADDRESS: 1854 Beebe Rd., #230, Maplewood, MN

14c. BIRTHPLACE (STATE OR FOREIGN COUNTRY): MN

15. IF PARTIES ARE RELATED TO EACH OTHER — SPECIFY RELATIONSHIP: None

16. THIS LICENSE EFFECTIVE ON — August 17, 2002

**AFFIDAVIT**

WE HEREBY CERTIFY THAT THE INFORMATION GIVEN IN THIS APPLICATION IS TRUE TO THE BEST OF OUR KNOWLEDGE, THAT WE ARE FREE TO INTERMARRY UNDER THE LAWS OF THIS STATE AND THE LAWS OF THE JURISDICTION WHERE WE RESIDE.

17. GROOM (SIGN FULL NAME): ▶ Mr Brandon O. Yarborough Sr

18. BRIDE (SIGN FULL NAME): ▶ Kelly J. Sadowski

19. SUBSCRIBED AND SWORN TO BEFORE ME ON: August 16, 2002

20. SIGNATURE OF COUNTY CLERK: Christie A. Webb BY DEPUTY

**MARRIAGE RECORD**

21. DATE OF MARRIAGE (MONTH, DAY, YEAR): Aug. 19, 2002

22. PLACE OF MARRIAGE (CITY, VILL. OR TOWN, IF RURAL, GIVE TWP. NAME OR ROAD DIST.): Pekin

23. TYPE OF CEREMONY (RELIGIOUS OR CIVIL): Relig.

24. NAME OF OFFICIANT: Jeffrey Rendon

25. TITLE: Minister

26. DATE RECORDED (MONTH, DAY, YEAR): Aug. 22, 2002

27. SIGNATURE OF COUNTY CLERK: Christie A. Webb BY Judith Segler DEPUTY

VR-600 (10/89) ILLINOIS DEPARTMENT OF PUBLIC HEALTH — DIVISION OF VITAL RECORDS (BASED ON 1989 U.S. STANDARD FORM)

This is to certify that this is a true and correct copy/abstract of the official record filed with TAZEWELL County.

**TAZEWELL COUNTY CLERK**

MC KENZIE BUILDING

Pekin, Illinois 61554

VITAL RECORDS

Christie A. Webb

Christie A. Webb

Tazewell County Clerk

CITAZEWELL COUNTY ILLINOIS 1827 MAY 2008

**Not valid without the embossed seal of Tazewell County**

U.S. DISTRICT COURT ST. PAUL

B

# Certificate of Completion

**This certificate is presented to**

## Brandon Yarborough

**for completion of the**



## Unlimited Power
## A Personal Choice

**inmate taught continuing education class,**

**consisting of 24 hours of instruction**
**on this 23rd day of March, 2002**



**Federal Correctional Institution**
**Pekin, IL**

William Creek, SOE

Angela Konz, Ace Coordinator

# Certificate of Appreciation

This certificate is presented to

**Brandon Yarborough**

for his hard work and dedication

while teaching

**Basic Drawing**





July 2002 - September 2002

12 week inmate taught continuing education classes

Federal Correctional Institution, Pekin, Illinois

William Creek, SOE

Angela Konz, Ace Coordinator

D

# Certificate Of Achievement

Awarded to

Brandon Yarborough

For successful completion of
the 5 week Anatomy &
Physiology Class.

R. Kerns, Wellness Coordinator

Date 8/19/04

FCI Pekin
Anatomy & Physiology

E

# Certificate Of Achievement

Awarded to

Brandon Yarborough

For successful completion
of the 5 week Yoga Class.

R. Kerns, Wellness Coordinator

Date 8/19/04

FCI Pekin
Yoga Class

# Certificate of Completion

This certificate is presented to

**Brandon Yarborough**

for successful completion of

## Parenting From A Distance

consisting of 48 hours of instruction
on this 26th day of August, 2004
Federal Correctional Institution
Pekin, IL






C. Jones
C. Jones, Parenting Coordinator

William Creek, SOE

F

# Certificate of Completion

*Is Presented To:*

## Brondon Yarborough

*For participation in the 2005 Black History Month Program and Completion of the "VOICES FROM INSIDE" Work Shop.*

*William Creek, Supervisor of Education*

*February 2005*

*Glen Parker, Supervisor of Recreation*

9

H

# Certificate of Achievement

This certifies that

**Brandon Yarborough**

has satisfactorily completed

**VICTIM IMPACT PANEL**

Consisting of **20** Hours of Training

This certificate is hereby issued this **26** day of **Oct** , 19 **2005**

K. Halverson, CC

L. Gebur, CC

# Certificate Of Achievement

Awarded to

## Brandon Yarborough

For successful completion of the 5 week Benefits of Breath Regulation Class.

R. Kerns, Wellness Coordinator

Date 2/3/06

I

# Certificate Of Achievement

Awarded to

Brandon Yarbrough

For successful completion of
the 5 week Heart Health &
Awareness Class.

R. Kerns, Wellness Coordinator

Date 2/17/06

k

# *Certificate of Achievement*

awarded to

## Brandon Yarborough

For successful completion of the
Five Week Muscle Fitness Class

*May 18, 2006*

*Date*

*R.. Kerns, Wellness Coordinator*

[redacted]

# 2006 Memorial Day Ranger Challenge 5th Place

## Brandon Yarborough

Successfully demonstrated "SUPERIOR" physical fitness conditioning during this year's competition held May 29, 2006.

Glen Parker, Supervisor of Recreation

7

LEARNING THAT WORKS

# Certificate of Completion

Awarded to

## Brandon Yarborough

*for successfully completing*

**VT AutoCAD Computer Aided Design**

***Has Successfully Completed 304 Contact Hours and 36.48 Continuing Education Units***

*In acknowledgement thereof these signatures are affixed on this day,*

**Friday, January 19, 2007**

CenturyCollege

Instructor/Program Director

Vice President of Continuing Education & Customized Training

An Equal Opportunity Institution • Member of The Minnesota State Colleges and Universities System

N

# Illinois Central College

Upon recommendation of the President and Faculty,
the Board of Trustees confers upon

## Brandon Omar Yarborough

a certificate in

## Business Management

with all the rights, honors and privileges thereto.

In Witness Whereof, we here unto affix our signatures as authorized officers,
and the Seal of the College at East Peoria, Illinois, May 13, 2007.

Chair, Board of Trustees

President, Illinois Central College

# Illinois Central College

honors

## *Brandon Omar Yarborough*

*for distinguished academic achievement,*

*thereby earning placement on the*

## President's Honor List

| Fall 2006 | 4.0 | Illinois Central College | John Steuben Erwin |
|---|---|---|---|
| *Semester Earned* | *Grade Point Average* | | *John S. Erwin, President* |

0

p

ICC Official Transcript

Illinois Central College
One College Drive
East Peoria, IL 616350001

Name : Yarborough,Brandon Omar
Student ID: 1325190
SSN : 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
Birthdate : 1975-11-10
Address : PO Box 5000
Pekin, IL 61555

ISSUED TO STUDENT

Print Date : 2007-06-13

----- **Degrees Awarded** -----

Degree : Certificate
Confer Date : 2007-05-13
Plan : BUSINESS MANAGEMENT

----- **Beginning of Undergraduate Record** -----

**Spr 2006**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| | | Academic Standing Not Yet Determined | | | | |
| ACCTG | 105 | BOOKKEEPING/ACCOUNTING I | 3.00 | 3.00 | A | 12.000 |
| DATPR | 120 | MICROCOMPUTER APPLICATIONS | 3.00 | 3.00 | A | 12.000 |
| ENGL | 105 | BASIC COMPOSITION | 3.00 | 3.00 | A | 12.000 |
| | TERM GPA : 4.000 | TERM TOTALS : | 9.00 | 9.00 | | 36.000 |

**Summ 2006**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| | | Overall Good Standing | | | | |
| MGMT | 113 | PRIN OF BUSINESS MANAGEMENT | 3.00 | 3.00 | A | 12.000 |
| MKTG | 112 | PRINCIPLES OF MARKETING | 3.00 | 3.00 | A | 12.000 |
| | TERM GPA : 4.000 | TERM TOTALS : | 6.00 | 6.00 | | 24.000 |

**Fall 2006**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| | | Overall Good Standing | | | | |
| BUS | 120 | BUSINESS MATHEMATICS | 3.00 | 3.00 | A | 12.000 |
| MGMT | 205 | PERSONNEL MANAGEMENT | 3.00 | 3.00 | A | 12.000 |
| MGMT | 216 | SMALL BUSINESS MANAGEMENT | 3.00 | 3.00 | A | 12.000 |
| | TERM GPA : 4.000 | TERM TOTALS : | 9.00 | 9.00 | | 36.000 |

**Undergraduate Career Totals**

| | | | | | | |
|---|---|---|---|---|---|---|
| | CUM GPA : 4.000 | CUM TOTALS : | 24.00 | 24.00 | | 96.000 |

----- ***End of Transcript*** -----

# Certificate of Completion

*This certificate is presented to*

**Brandon Yarborough**



*For completion of*

**Basic Spanish**

*Inmate taught continuing education class*

*Consisting of 12 hours of instruction*

*On this 25th day of July, 2007*

*Federal Correctional Institution*

*Pekin, IL*

C. Jones, ACE Coordinator

William Creek, SOE