**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON OMAR YARBOROUGH,

Defendant.

Criminal No. 00-125 (1) (JRT/FLN)

**ORDER**

---

Nathan Petterson, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andrew Mohring, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415,** 247 Third Avenue South, Minneapolis, MN 55415, for defendant.

Defendant has filed a motion for retroactive application of sentencing guidelines to crack cocaine offense pursuant to 18 U.S.C. § 3582 [Docket No. 34 & 35]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by August 12, 2008.

Dated: July 22, 2008
at Minneapolis, Minnesota

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge