UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-125(JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDON YARBOROUGH,<br>Defendant. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c) AND § 3553(a) |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney, and Nathan P. Petterson, Assistant United States Attorney, submits this memorandum in response to defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) and § 3553(a). The United States agrees that defendant Brandon Yarborough is eligible for a sentence reduction under the new crack cocaine guideline, Amendment 706, which went into effect on March 3, 2008, and has no objection to defendant's motion.

Defendant pled guilty pursuant to a plea agreement to possession with intent to distribute cocaine base ("crack"), and was held accountable for 82 grams of cocaine base. The total offense level was 31, and defendant's criminal history category was IV, resulting in a guideline sentencing range of 151 to 188 months. This Court imposed a sentence of 151 months.

Applying the amended crack cocaine guideline, the total offense level is 29, the criminal history category IV, for a revised guideline range of 121 to 151 months. In defendant's motion, he requests that the court reduce his sentence from 151

months to 121 months. The United States has no objection to defendant's request to reduce his sentence to 121 months imprisonment.

Dated: July 23, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/ Nathan Petterson*
BY: NATHAN P. PETTERSON
Assistant U.S. Attorney
Attorney ID No. 151506