# CERTIFICATE OF SERVICE

I hereby certify that on 7/23/08, I served, or caused to be served, the following documents:

**Government's Response to Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) and § 3553(a)**
**USA v. Brandon Yarborough**
**Cr. No. 00-125(JRT)**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Andrew H. Mohring
Assistant Federal Public Defender

Dated: 7/23/08

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/ Deb Kapinos*

BY: DEB KAPINOS
Legal Assistant